UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODRIGUEZ,<br><br>  Petitioner,<br><br>  v.<br><br>M.S. EVANS,<br><br>  Respondent. | NO. CV 07-6073-CJC (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Petition; the Magistrate Judge's Report and Recommendation filed on February 12, 2010; Petitioner's Objections filed on March 5, 2010,[1] and the records and files. Based upon the Court's *de novo* review, the Court agrees with the recommendation of the Magistrate Judge.

Petitioner requests an evidentiary hearing. (Objections at 2-3.) Petitioner is not entitled to an evidentiary hearing because he has not shown that a hearing would enable him to prove factual allegations that, if true, would entitle him to federal habeas relief. *Schriro v. Landrigan*, 550 U.S. 465, 474, 127 S. Ct. 1933,

---

[1] Respondent did not file a response to Petitioner's objections.

1  167 L. Ed. 2d 836 (2007); 28 U.S.C. § 2254(e)(2)(B).  Petitioner has not made the
2  requisite showing under any ground for relief.  *See, e.g., Schriro*, 550 U.S. at 477,
3  481 (petitioner not entitled to evidentiary hearing on ineffective assistance of
4  counsel claim when petitioner could not show prejudice).  Petitioner states that
5  "factual disputes still exists [sic]" without detailing what the disputes are or how, if
6  the facts were resolved in his favor, they would entitle him to relief.  (Objections at
7  3; *see also* Reply at 8; *see Tilcock v. Budge*, 538 F.3d 1138, 1145-46 (9th Cir.
8  2008), *cert. denied*, 129 S. Ct. 926 (2009).

    Petitioner's other objections are without merit.

    IT IS HEREBY ORDERED that the Report and Recommendation is adopted and that Judgment be entered dismissing the petition with prejudice.

DATED: March 25, 2010

                                          CORMAC J. CARNEY
                                          United States District Judge