JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

DANIEL RODRIGUEZ,

            Petitioner,

  v.

M.S. EVANS,

           Respondent.

No.  CV 07-6073-CJC (AGR)

**JUDGMENT**

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:  March 25, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE